UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>WARDY ALFONSO LIBERATO,<br><br>        Defendant-Appellant. | C.A. No. 23-3262<br><br>D.Ct. No. CR 23-00139-TUC-JAS-MAA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND SUGGESTION FOR REHEARING EN BANC** |

      The United States, by and through its attorneys, Timothy Courchaine, United States Attorney for the District of Arizona, and Christina M. Cabanillas, Assistant United States Attorney, respectfully moves this Court for a 21-day extension of time within which to file a petition for panel rehearing and suggestion for rehearing en banc (currently due September 22, 2025), in accordance with Fed. R. App. P. 35 and 40, to and including October 14, 2025, for the following reasons:

      1)     This Court issued an opinion in the above case on July 8, 2025.

      2)     The government filed a previous extension of time within which to file a petition for rehearing and suggestion for rehearing en banc to allow attorneys within the District of Arizona, the Department of Justice, and Solicitor General's Office to review the opinion and determine whether the government will file a

1

petition for rehearing. The Solicitor General must authorize any petition for rehearing en banc, and the government could choose to file a petition for panel rehearing. The government noted that the above internal review and drafting was not expected to be completed within the 14-day period provided for by Fed. R. App. P. 35(c) and 40(a).

3) The government needs a further 21-day extension to allow the Solicitor General's Office to complete its review, and to allow time for drafting any petition that may be filed. (The 21st day falls on Monday, October 13, a federal holiday, so the deadline would be Tuesday, October 14.)

4) The defendant is no longer serving a custodial sentence on this matter and will not be prejudiced by this request.

5) Defense counsel Francisco Leon has no objection to this extension.

Respectfully submitted this <u>15th</u> day of September, 2025.

TIMOTHY CORCHAINE
United States Attorney
District of Arizona

*s/ Christina M. Cabanillas*

CHRISTINA M. CABANILLAS
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, Arizona 85701-5040
Attorneys for Appellee