UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff-Appellee,<br><br>v.<br><br>WARDY ALFONSO LIBERATO,<br><br>　　　　　　　Defendant-Appellant. | C.A. No. 23-3262<br><br>D.Ct. No. CR 23-00139-TUC-JAS-MAA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND SUGGESTION FOR REHEARING EN BANC** |

　　　　The United States, by and through its attorneys, Timothy Courchaine, United States Attorney for the District of Arizona, and Christina M. Cabanillas, Assistant United States Attorney, respectfully moves this Court for a 21-day extension of time within which to file a petition for panel rehearing and suggestion for rehearing en banc (currently due October 14, 2025), in accordance with Fed. R. App. P. 40, to and including November 4, 2025, for the following reasons:

　　　　1)　　This Court issued an opinion in the above case on July 8, 2025.

　　　　2)　　The government filed two previous extensions of time within which to file a petition for rehearing and suggestion for rehearing en banc to allow attorneys within the District of Arizona, the Department of Justice, and Solicitor General's Office to review the opinion and determine whether the government will file a

1

petition for rehearing. The Solicitor General must authorize any petition for rehearing en banc, and the government could choose to file a petition for panel rehearing. The government noted that the above internal review and drafting was not expected to be completed within the current deadlines.

3) The government needs a further 21-day extension to allow the Solicitor General's Office to complete its review, and to allow time for drafting any petition that may be filed. In addition, counsel has a brief due on October 24, 2025, in *United States v. Fuentes-Pacheco*, and is providing an internal office legal training on October 23, 2025. In addition, if there is a government shutdown, that may further affect counsel's schedule.

4) The defendant is no longer serving a custodial sentence on this matter and will not be prejudiced by this request.

5) Defense counsel Francisco Leon has no objection to this extension.

Respectfully submitted this 30th day of September, 2025.

> TIMOTHY COURCHAINE
> United States Attorney
> District of Arizona
>
> *s/ Christina M. Cabanillas*
>
> CHRISTINA M. CABANILLAS
> Assistant U.S. Attorney
> 405 W. Congress, Suite 4800
> Tucson, Arizona 85701-5040
> Attorneys for Appellee

2